**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Javier MALDONADO, Defendant-Appellant.**

**No. 17-7547**

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2018

Decided: March 16, 2018

Javier Maldonado, Appellant Pro Se. Karen Ledbetter Taylor, Assistant United States Attorney, Sean James Wright, Special Assistant United States Attorney, Dennis Michael Fitzpatrick, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javier Maldonado appeals the district court's order denying his motion to compel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Maldonado*, No. 1:10-cr-00191-JCC-3 (E.D. Va. Sept. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*